1 | JAN I. GOLDSMITH, City Attorney
ANDREW JONES, Assistant City Attorney
2 | DONALD F. SHANAHAN, Deputy City Attorney
California State Bar No. 49777
3 | Office of the City Attorney
1200 Third Avenue, Suite 1100
4 | San Diego, California 92101-4100
Telephone: (619) 533-5800
5 | Facsimile:  (619) 533-5856

FILED
2009 FEB -4  AM 10: 45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

6 | Attorneys for Defendants
City of San Diego, San Diego Police Department,
7 | William Lansdowne, Michael Gottfried,
Brian Lenahan, Benjamin Douglas
8 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Irma E. Gonzalez)

| | |
|---|---|
| ESTATE OF ALAN KOSAKOFF, by its personal representative HAROLD KOSAKOFF, ARLENE KOSAKOFF, an individual, HAROLD KOSAKOFF, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, a municipal corporation, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANDSDOWNE, an individual, Officer Gottfried, an individual, Officer Lenahan, an individual, Officer Douglas, an individual, and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 08cv1819 IEG (NLS)<br><br>**JOINT MOTION FOR PROTECTIVE ORDER AND ORDER THEREON** |

Subject to the approval of the court, the City Attorney's Office agrees to the release of certain documents enumerated below, related to the litigation of this matter, subject to the parties stipulating to the following protective order.

Further, subject to public policy, and further court order, nothing shall be filed under seal, and the court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

///

1. The City will produce, for plaintiff, investigative reports generated by the San Diego Police Department, concerning the contact with decedent on August 25, 2007, which is the subject of this lawsuit. As to those documents only, the San Diego Police Department, Officers Michael Gottfried, Brian Lenahan and Benjamin Douglas will waive the executive and official information privileges as well as their rights to privacy pursuant to the California Constitution.

2. Defendants will produce, for plaintiff, all other documents as ordered by this Court and/or by agreement of the parties.

3. Plaintiff, their agents, employees, attorneys and anyone acting in concert with them and participating with them agree to not engage in nor perform any of the following:

   a. Convey, transfer, copy, publish or distribute the information ordered disclosed or developed nor authorize another to convey, transfer, copy, publish or distribute the information disclosed to anyone other than plaintiffs expert, investigator or client without court approval.

   b. Use the records or information disclosed, discovered or developed for any purpose other than in conjunction with the instant civil case proceedings pursuant to applicable law.

4. That Plaintiff's attorney, upon request, shall return any and all materials disclosed pursuant to this stipulation and order to Donald F. Shanahan, Chief Deputy City Attorney, 1200 Third Avenue, Suite 1100, San Diego, California, immediately upon final disposition of this case.

5. That, upon the conclusion of the case, the court shall retain jurisdiction to resolve any disputes arising out the release of any documents protected by this order.

6. That the Court has the authority to modify, at any time, the terms of this protective order on public policy grounds.

///
///
///
///
///

7. That no documents will be presented to the Court, under seal, without first obtaining Court approval.

SO STIPULATED.

Dated: January 28, 2009

JAN I. GOLDSMITH, City Attorney

By _____
Donald F. Shanahan
Chief Deputy City Attorney

Attorneys for Defendants
City of San Diego, San Diego Police Department, William Lansdowne, Michael Gottfried, Brian Lenahan, Benjamin Douglas

Dated: January 28, 2009

LAW OFFICES OF EUGENE G. IREDALE

By _____
Eugene G. Iredale

Attorneys for Plaintiffs
Estate of Alan Kosakoff, by its Personal Representative Harold Kosakoff, Arlene Kosakoff, and Harold Kosakoff

APPROVED AND SO ORDERED.

Dated: 2-3-09

_____
HON. IRMA E. GONZALEZ
Chief Judge
Southern District of California

**NITA L. STORMES**
**U.S. MAGISTRATE JUDGE**