1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ALAN KOSAKOFF, by its personal representative HAROLD KOSAKOFF, ARLENE KOSAKOFF, an individual, HAROLD KOSAKOFF, an individual,<br><br>                    Plaintiff,<br>v.<br><br>CITY OF SAN DIEGO, a municipal corporation, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANDSOWNE, an individual, OFFICER GOTTFRIED, an individual, OFFICER LENAHAN, an individual, OFFICER DOUGLAS, an individual, and DOES 1-100 inclusive,<br><br>                    Defendants.<br>_____<br>CITY OF SAN DIEGO, a municipal corporation, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANDSOWNE, MICHAEL GOTTFRIED, BRIAN LENAHAN, BENJAMIN DOUGLAS,<br><br>                    Counterclaimants,<br>v.<br><br>ARLENE KOSAKOFF,<br><br>                    Counterdefendant.<br>_____ | Civil No.08-CV-01819-IEG (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** [Doc. No. 28]<br><br>***<br><br>**FIRST AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS** |

1                                                                                    08cv1819-IEG (NLS)

1    The parties filed a joint motion to continue certain dates in the scheduling order. For good cause
2 shown in the application, the court **GRANTS** the joint motion. Further, given the parties' request to
3 continue the date to file pretrial motion, the court resets the Final Pretrial Conference and related dates.
4    The court **ORDERS**:
5    1.   All fact discovery shall be completed by all parties by ***October 9, 2009***.
6    2.   The deadline for compliance with expert disclosures shall be ***October 30, 2009***.
7    3.   The deadline to provide rebuttal expert disclosures shall be ***November 20, 2009***.
8    4.   All expert discovery shall be completed by all parties by ***January 1, 2010***.
9    5.   All other pretrial motions must be filed on or before ***February 1, 2010***.
10   6.   Counsel shall file their Memoranda of Contentions of Fact and Law and take any other
11 action required by Local Rule 16.1(f)(2) by ***June 1, 2010***.
12   7.   Counsel shall comply with the pre-trial disclosure requirements by ***June 1, 2010***.
13   8.   Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by ***June 7,***
14 ***2010***.
15   9.   The Proposed Final Pretrial Conference Order shall be prepared, served and lodged with
16 the Clerk of the Court by ***June 14, 2010***.
17   10.  The final Pretrial Conference is scheduled on the calendar of Judge Gonzalez on
18 ***June 21, 2010*** at ***10:30 a.m.***.
19   11.  All nonconflicting provisions of the court's March 17, 2009 Scheduling Order shall
20 remain in full force and effect.
21   **IT IS SO ORDERED.**
22 DATED: August 24, 2009

         Hon. Nita L. Stormes
         U.S. Magistrate Judge