1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  ESTATE OF ALAN KOSAKOFF, by its           ) Case No. 08cv1819 IEG (NLS)
    personal representative HAROLD KOSAKOFF,  )
12  ARLENE KOSAKOFF, an individual,           )
    HAROLD KOSAKOFF, an individual,           ) **ORDER GRANTING JOINT MOTION**
13                                            ) **TO PRODUCE PSYCHOLOGICAL/**
                 Plaintiffs,                  ) **PSYCHIATRIC RECORDS AND**
14                                            ) **PROTECTIVE ORDER**
         v.                                   )
15                                            ) [Doc. No. 30]
    CITY OF SAN DIEGO, a municipal            )
16  corporation, SAN DIEGO POLICE             )
    DEPARTMENT, WILLIAM LANDSDOWNE,           )
17  an individual, Officer Gottfried, an individual, )
    Officer Lenahan, an individual, Officer Douglas, )
18  an individual, and DOES 1-100 inclusive,  )
                                              )
19               Defendants.                  )
                                              )
20

21       **WHEREAS** Defendant, City of San Diego, is seeking psychological and/or psychiatric

22  records of Decedent, ALAN KOSAKOFF,

23       **WHEREAS** some medical treaters will not release said records absent a court order, and

24       **WHEREAS** said records are material to the defense of this lawsuit:

25       **IT IS HEREBY ORDERED** that during this action, the following records shall be

26  released to counsel of record in this action, subject to the conditions set forth below:  The

27  psychological and/or psychiatric records of Decedent, ALAN KOSAKOFF.

28  / / /

1

1.  <u>CUSTODY</u>.  These records shall be in the constructive custody and shall be subject to the control of the U.S. District Court.  All records shall remain in the physical custody of the attorney(s) to whom they were released pursuant to this order.  No records shall be duplicated, copied, or disseminated except as authorized in this order or by further court order after properly noticed motion.

2.  <u>USE OF RECORDS.</u>  All records produced under this Protective Order are to be used solely for the purposes of this action and for no other purposes.  Persons having access to the records shall not disclose or provide them to any person not authorized under this Protective Order.  No records may be made available to, or in any manner revealed to or discussed with any other entity except: (1) solely in accordance with the procedures set forth in this Protective Order, (2) upon the express written permission of counsel for the producing entity, or (3) upon the direction or with the permission of a Magistrate or Judge of the U. S. District Court.

3.  <u>PARTIES' ACCESS.</u>  Records may be reviewed by the Plaintiffs or their Counsel, his staff and by Defense Counsel, Defense Counsel's investigator(s) and Defense Counsel's Legal Assistants.

4.  <u>OTHER AUTHORIZED PERSONS.</u>  Records may also be reviewed by any expert employed by counsel for the parties on the condition that counsel shall obtain from the expert a signed declaration acknowledging that he or she is familiar with, and takes possession of these records pursuant to the terms of this order.

5.  <u>DISPOSITION OF RECORDS AT CONCLUSION OF PROCEEDINGS.</u>  All records shall be returned to the Plaintiffs' Counsel within twenty (20) days after the conclusion of the litigation, including all writs and appeals.

This Court, having reviewed the matter as stated above and finding good cause therefor, approves the Order to Produce Psychological/Psychiatric Records, in accordance with the terms set in the Joint Motion for Production.

Dated: August 31, 2009

_____
NITA L. STORMES
U.S. Magistrate Judge